## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**FCC, LLC** , a Florida limited liability
company, d/b/a First Capital,

        Plaintiff,

vs.

**Target Corporation**, a Minnesota
corporation,

        Defendant.

Civil No. 11-738 (RHK/JJG)

**ORDER FOR DISMISSAL**

---

Based upon the Stipulation for Dismissal filed by the parties (Doc. No. 34), **IT IS**

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without an award

attorney's fees or costs to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 5, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge