## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **FCC, LLC**, a Florida limited liability company, d/b/a First Capital,  Plaintiff, | Civil No. 11-738 (RHK/JJG)  **ORDER FOR DISMISSAL** |
| vs. | |
| **Target Corporation**, a Minnesota corporation,  Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties (Doc. No. 34), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without an award attorney's fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 5, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge